540 U.S. 931
 MENDOZA-GALLARDO
v.
UNITED STATES.
ACEVEDO-MENDOZA
v.
UNITED STATES.
GUTIERREZ-MORENO
v.
UNITED STATES.
ROJAS-TORRES
v.
UNITED STATES.
VILLASENOR, AKA VILLA-ARREOLA
v.
UNITED STATES.
ALFARO, AKA ABENBDANO-BRILLA
v.
UNITED STATES.
LOPEZ-HUITRON
v.
UNITED STATES; and
SALGADO-OCAMPOS
v.
UNITED STATES.
 No. 03-5933.
 Supreme Court of United States.
 October 6, 2003.
 
 1
 Appeal from the C. A. 9th Cir.
 
 
 2
 Certiorari denied. Reported below: 66 Fed. Appx. 747 (fourth judgment); 71 Fed. Appx. 675 (sixth judgment).